Dismissed and Memorandum Opinion filed December 18, 2003













Dismissed and
Memorandum Opinion filed December 18, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01257-CV

____________

 

SKINNER ROAD
AIRPORT COMMUNITY ASSOCIATION, INC., Appellant

 

V.

 

RIATA RANCH DEVELOPMENT I, LTD., Appellee

 

____________________________________________

 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 01-60942

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from a judgment
signed October 9, 2002.

            On December 8, 2003, appellant filed a motion
to dismiss the appeal because the case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.

 

                                                                        /s/        Eva M. Guzman

                                                                                    Justice

 

Judgment
rendered and Memorandum Opinion filed December 18, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.